Alycia LANE

v.

CBS BROADCASTING INC., Michael
Colleran, and Lawrence Mendte.

Petition of Lawrence Mendte.

Alycia Lane

v.

CBS Broadcasting Inc., Michael
Colleran, and Lawrence
Mendte, Defendant.

Petition of Lawrence Mendte.

Supreme Court of Pennsylvania.

Nov. 4, 2015.

*ORDER*

PER CURIAM.

AND NOW, this 4th day of November, 2015, Lawrence Mendte's Petition to Join in Allowance of Appeal Out of Time is **DENIED.**